UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-10019-CR-KING

UNITED STATES OF AMERICA,

vs.

RAMON BARRABI-PUENTES,
JOSE VAZQUEZ,
and
ALEXIS DE LA CRUZ SUAREZ,

        Defendants.

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE, having come on before the Court upon motion of the United States of America for entry of a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(6) and Title 8, United States Code, Section 1324(b), and the Court having reviewed the motion, the record and for good cause shown, it is hereby:

        ORDERED that:

1.     All right, title and interest of defendants **RAMON BARRABI-PUENTES, JOSE VASQUEZ** and **ALEXIS DE LA CRUZ SUAREZ** in the following property is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 982(a)(6) and Title 8, United States Code, Section 1324(b):

    a.    A 30-foot Wellcraft Center Console fishing vessel, Florida registration number FL7453MV, HIN WEIP64058090, its engines, tackle and appurtenances;

    b.    A 1986 29' Wellcraft Scarab vessel, Florida registration number FL3297FS, HIN WELP2088E686, its engines, tackle and appurtenances;

     c.     A 22' Grady White vessel, Florida registration number FL2332 EE, its engines, tackle and appurtenances; and

     d.     The real property located at 216 Banyan Lane, Tavernier, Florida.

     2.     The United States Marshals Service, or any duly authorized law enforcement official, shall seize and take custody of the personal property and may take whatever action is necessary with respect to the real property identified herein above, as forfeited under this order pursuant to 21 U.S.C. § 853(g).

     3.     The United States shall cause to be published, in accordance with due process considerations, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendants, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

     4.     The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

     5.     The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshal, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this **24** day of **March** 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     AUSA Alison W. Lehr (4 certified copies, please)